"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RENNE GARCIA,<br><br>        Petitioner,<br><br>vs.<br><br>R. GROUNDS, Acting Warden,<br><br>        Respondent. | Case No. CV 10-2421-JFW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's stay-and-abeyance request is denied; and (2) Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state remedies unless petitioner, within thirty (30) days of this Order, either voluntarily dismisses the Petition without prejudice or files a notice of withdrawal of Subclaim B.

DATED: 11/9/10

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE