I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/21/2011

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 21 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RENNE GARCIA, | Case No. CV 10-2421-JAK (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| R. GROUNDS, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 18, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 21 2011

CENTRAL DISTRICT OF CALIFORNIA
BY

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE